[S. F. No. 657.   Department Two.—January 8, 1897.]

IN THE MATTER OF THE ESTATE OF THOMAS H. BLYTHE, DECEASED. H. T. BLYTHE ET AL., APPELLANTS.

ESTATES OF DECEASED PERSONS—DETERMINATION OF HEIRSHIP—RES ADJUDICATA—DECREE OF DISTRIBUTION—APPEAL BY PARTY NOT OF KIN—DISMISSAL.—A party to proceedings for the determination of the heirship of a decedent, instituted under section 1664 of the Code of Civil Procedure, is concluded by such determination in the distribution of the estate; and where he has been declared by the decision of the court, affirmed upon appeal, to be not of kin to the decedent, and not entitled to any interest in the estate, he is no longer a party in interest to the proceedings in the estate; and an appeal taken by such party from the decree of final distribution of the estate will be dismissed upon motion.

MOTION to dismiss an appeal from a decree of the Superior Court of the City and County of San Francisco distributing the estate of Thomas H. Blythe, deceased. J. V. COFFEY, Judge.

The facts are stated in the opinion of the court in *Estate of Blythe*, 112 Cal. 689, *In re Blythe*, 110 Cal. 231, 108 Cal. 124, and *Blythe* v. *Ayres*, 102 Cal. 254.

*Holliday & Holliday*, for Appellants.

*W. H. H. Hart, Garber, Boalt & Bishop*, and *W. W. Foote*, for Respondent.

THE COURT.—This is a motion to dismiss the appeal of H. T. Blythe and others from the decree of final distribution in the matter of said estate, upon the ground that appellants are not parties in interest in the proceeding. The appellants are concluded by the decisions of this court upon their other appeals. They are no longer parties in interest.

The motion is granted and the appeal dismissed.